```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
CHRISTOPHER LOADHOLT,                                    :
                                                         :
                           Plaintiff,                    :
                                                         :        22-CV-8032 (VSB)
              -against-                                  :
                                                         :            **ORDER**
MOUNTAIN MAN FRUIT & NUT CO.,                            :
                                                         :
                           Defendant.                    :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

The Court is in receipt of a proposed "consent decree" submitted by the parties on November 23, 2022.  (Doc. 11-1 ("Proposed Order").)  The Proposed Order says that "[t]his Consent Decree resolves, settles, and compromises all issues between the Parties in the Action," (*id.* ¶ 5), but that "[t]he Plaintiff and the Defendant have agreed to settle all matters relating to costs, damages, attorneys' fees, experts' fees, other financial matters, relating to any alleged inaccessibility of the Website through a separate agreement (the 'Settlement Agreement') which is not incorporated into this Consent Decree," (*id.* ¶ 15).  The Court will not retain jurisdiction to enforce confidential settlement agreements.  If the parties wish the Court to retain jurisdiction, they must place the terms of the settlement on the public record by either providing a copy of the settlement agreement for the Court to endorse or including the terms of settlement in a revised Proposed Order, on or before December 5, 2022.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge

2